UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JESSICA E. GONZALEZ )<br>)<br>    Plaintiff )<br>)<br>vs. )<br>)<br>GLA COLLECTION COMPANY, INC )<br>)<br>    Defendant ) | CASE NO.  4:17-cv-00133-RLY-DML |

**<u>NOTICE OF SETTLEMENT</u>**

Defendant, GLA Collection Co., Inc., by and through its undersigned attorneys, William E. Smith, III of the law firm of Kightlinger & Gray, LLP hereby notifies this Honorable Court that it has reached a settlement with Plaintiff on this matter.  Dismissal papers will be filed upon finalizing settlement.

                                                            Respectfully submitted,


                                                            KIGHTLINGER & GRAY, LLP


                                                            BY:    /s/ William E. Smith, III
                                                                       William E. Smith, III
                                                                       Counsel for Defendant, GLA
                                                                       Collection Co., Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 16, 2018, a copy of the foregoing **"Notice of Settlement"** was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

    Marwan R. Daher
    Omar T. Sulaiman
    Ahmad T. Sulaiman
    Mohammed O. Badwan
    Sulaiman Law Group, Ltd.
    Email: mdaher@sulaimanlaw.com
    Email: osulaiman@sulaimanlaw.com
    Email: ahmad.sulaiman@sulaimanlaw.com
    Email: mbadwan@sulaimanlaw.com

                                                /s/ William E. Smith, III
                                                William E. Smith, III


KIGHTLINGER & GRAY, LLP
Bonterra Bldg., Suite 200
3620 Blackiston Boulevard
New Albany, IN   47150
PHONE:   (812) 949-2300
FAX:   (812) 949-8556
E-MAIL:   wsmith@k-glaw.com

171678\4428998-1